# Exhibit A

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-09-15 13:42:45 EDT |
| **Mark:** | REBECCA ZAMOLO |

Rebecca Zamolo

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88717026 | **Application Filing Date:** | Dec. 05, 2019 |
| **US Registration Number:** | 6090463 | **Registration Date:** | Jun. 30, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | No |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/REGISTRATION/Issued and Active<br><br>The trademark application has been registered with the Office. |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jun. 30, 2020 | | |
| **Publication Date:** | Apr. 14, 2020 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | REBECCA ZAMOLO |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies "Rebecca Zamolo", whose consent(s) to register is made of record. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Cosmetics; Cosmetics for children | | |
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2016 | **Use in Commerce:** | Jan. 01, 2016 |
| **For:** | Stickers and transfers; Blank journal books; Blank journals; Blank writing journals; Personalized writing journals; Printed materials, namely, blank journals | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2016 | **Use in Commerce:** | Jan. 01, 2016 |
| **For:** | Hats; Hoodies; Shirts; Tops as clothing; Sweat shirts; T-shirts | | |
| **International** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |

|  |  |  |  |
|---|---|---|---|
| **Class(es):** | | | |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2016 | **Use in Commerce:** | Jan. 01, 2016 |

| | |
|---|---|
| **For:** | On-line video journals, namely, vlogs featuring nondownloadable videos in the field of current events, humor, and popular culture; Production of humorous videos for the Internet; Production of musical videos |
| **International Class(es):** | 041 - Primary Class     **U.S Class(es):** 100, 101, 107 |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jan. 01, 2016     **Use in Commerce:** Jan. 01, 2016 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YZ Productions Inc. |
| **Owner Address:** | 16000 Ventura Blvd. Suite 520<br>Encino, CALIFORNIA UNITED STATES 91436 |
| **Legal Entity Type:** | CORPORATION     **State or Country Where Organized:** CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Matthew Swanlund |
| **Attorney Primary Email Address:** | matthew@aestheticlegal.com     **Attorney Email Authorized:** Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | MATTHEW SWANLUND<br>AESTHETIC LEGAL, A PROFESSIONAL LAW CORPORATION<br>8055 WEST MANCHESTER AVENUE, SUITE 310<br>PLAYA DEL REY, CALIFORNIA UNITED STATES 90293 |
| **Phone:** | 310-301-4545 |
| **Correspondent e-mail:** | matthew@aestheticlegal.com     **Correspondent e-mail Authorized:** Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 30, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 14, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 14, 2020 | PUBLISHED FOR OPPOSITION | |
| Mar. 25, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 09, 2020 | ASSIGNED TO LIE | 70138 |
| Mar. 02, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 12, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Feb. 11, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |

| | | |
|---|---|---|
| Feb. 11, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 24, 2020 | NOTIFICATION OF EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Jan. 24, 2020 | EXAMINER'S AMENDMENT/PRIORITY ACTION E-MAILED | 6326 |
| Jan. 24, 2020 | COMBINED EXAMINER'S AMENDMENT/PRIORITY ACTION AUTOMATIC ENTRY | 92578 |
| Jan. 24, 2020 | EXAMINERS AMENDMENT AND/OR PRIORITY ACTION - COMPLETED | 92578 |
| Jan. 24, 2020 | REMOVED FROM TEAS PLUS | 92578 |
| Jan. 24, 2020 | ASSIGNED TO EXAMINER | 92578 |
| Dec. 10, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 09, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION             **Date in Location:** Jun. 30, 2020

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-09-15 13:44:08 EDT |
| **Mark:** | ZAMFAM |

# ZAMFAM

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88715402 | **Application Filing Date:** | Dec. 04, 2019 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** |  | | LIVE/APPLICATION/Published for Opposition<br><br>A pending trademark application has been examined by the Office and has been published in a way that provides an opportunity for the public to oppose its registration. |
| **Status:** | Application has been published for opposition. The opposition period begins on the date of publication. | | |
| **Status Date:** | Aug. 11, 2020 | | |
| **Publication Date:** | Aug. 11, 2020 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | ZAMFAM |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Stickers and transfers | | |
| **International Class(es):** | 016 - Primary Class | **U.S Class(es):** | 002, 005, 022, 023, 029, 037, 038, 050 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2016 | **Use in Commerce:** | Jan. 01, 2016 |
| **For:** | Hats; Shirts; Hoodies; Sweat shirts; T-shirts; Tops as clothing | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jan. 01, 2016 | **Use in Commerce:** | Jan. 01, 2016 |
| **For:** | On-line video journals, namely, vlogs featuring nondownloadable videos in the field of current events, humor, and popular culture; Production of humorous videos for the Internet; Production of musical videos | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |

**First Use:** Jan. 01, 2016     **Use in Commerce:** Jan. 01, 2016

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** YZ Productions Inc.

**Owner Address:** 16000 Ventura Blvd. Suite 520
Encino, CALIFORNIA UNITED STATES 91436

**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Swanlund

**Attorney Primary Email Address:** matthew@aestheticlegal.com     **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Matthew Swanlund
AESTHETIC LEGAL, A PROFESSIONAL LAW CORPORATION
8055 W MANCHESTER AVE, SUITE 310
PLAYA DEL REY, CALIFORNIA UNITED STATES 90293

**Phone:** 310-301-4545

**Correspondent e-mail:** matthew@aestheticlegal.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 11, 2020 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Aug. 11, 2020 | PUBLISHED FOR OPPOSITION | |
| Jul. 22, 2020 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jul. 06, 2020 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 24, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 23, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 23, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jan. 24, 2020 | NOTIFICATION OF PRIORITY ACTION E-MAILED | 6326 |
| Jan. 24, 2020 | PRIORITY ACTION E-MAILED | 6326 |
| Jan. 24, 2020 | PRIORITY ACTION WRITTEN | 92578 |
| Jan. 24, 2020 | ASSIGNED TO EXAMINER | 92578 |
| Dec. 10, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 07, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** YOUNG, THOMAS PAUL     **Law Office Assigned:** LAW OFFICE 120

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION		**Date in Location:** Jul. 09, 2020

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2020-09-21 16:47:31 EDT |
| **Mark:** | GM GAMEMASTER |



| | | | |
|---|---|---|---|
| **US Serial Number:** | 88975917 | **Application Filing Date:** | Feb. 07, 2019 |
| **US Registration Number:** | 6120711 | **Registration Date:** | Aug. 04, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Aug. 04, 2020 | | |
| **Publication Date:** | May 28, 2019 | **Notice of Allowance Date:** | Jul. 23, 2019 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | GM GAMEMASTER |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 5 - AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) INSTYLIZED FORM |
| **Description of Mark:** | The mark consists of the words "Game Master" in a horizontal line in italicized block print below an icon depicting the letters "G" and "M" in a white maze pattern within a black parallelogram. |
| **Color(s) Claimed:** | Color is not claimed as a feature of the mark. |

## Related Properties Information

| | |
|---|---|
| **Child Of:** | 88293406 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Jerseys; Shirts; Sport shirts; T-shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 30, 2019 | **Use in Commerce:** | Jul. 30, 2019 |
| **For:** | Advertising and publicity services; Internet advertising services; Online advertising via a computer communications network | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |

**Basis:** 1(a)
**First Use:** Jul. 30, 2019　　　　**Use in Commerce:** Jul. 30, 2019

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

**Owner Name:** YZ Productions, Inc.
**Owner Address:** 16000 VENTURA BLVD., SUITE 520
Encino, CALIFORNIA UNITED STATES 91436
**Legal Entity Type:** CORPORATION　　　　**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Matthew Swanlund
**Attorney Primary Email Address:** matthew@aestheticlegal.com　　　　**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Matthew Swanlund
AESTHETIC LEGAL
8055 W MANCHESTER AVE, SUITE 310
PLAYA DEL REY, CALIFORNIA UNITED STATES 90293
**Phone:** 310-301-4545
**Correspondent e-mail:** matthew@aestheticlegal.com　　　　**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 04, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 02, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 26, 2020 | ON HOLD - ELECTRONIC RECORD REVIEW REQUIRED | |
| Jun. 23, 2020 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 20, 2020 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 09, 2020 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jun. 08, 2020 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jun. 08, 2020 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 10, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 10, 2019 | NON-FINAL ACTION E-MAILED | |
| Dec. 10, 2019 | SU - NON-FINAL ACTION - WRITTEN | 90288 |
| Nov. 19, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68123 |
| Nov. 19, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68123 |
| Nov. 15, 2019 | ASSIGNED TO LIE | 68123 |
| Nov. 08, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 21, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 21, 2019 | NON-FINAL ACTION E-MAILED | |
| Oct. 21, 2019 | SU - NON-FINAL ACTION - WRITTEN | 90288 |

| Date | Event | Code |
|---|---|---|
| Sep. 30, 2019 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Sep. 16, 2019 | USE AMENDMENT FILED | 70565 |
| Sep. 30, 2019 | DIVISIONAL PROCESSING COMPLETE | |
| Sep. 16, 2019 | DIVISIONAL REQUEST RECEIVED | |
| Sep. 30, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Sep. 16, 2019 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Sep. 16, 2019 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 03, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 03, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 23, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| May 28, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 28, 2019 | PUBLISHED FOR OPPOSITION | |
| May 08, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 19, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 19, 2019 | ASSIGNED TO EXAMINER | 90288 |
| Mar. 01, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 11, 2019 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Jul. 01, 2020

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2020-09-21 18:56:17 EDT |
| Mark: | GAME MASTER |

# GAME MASTER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88975912 | **Application Filing Date:** | Feb. 07, 2019 |
| **US Registration Number:** | 5957943 | **Registration Date:** | Jan. 07, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **TM5 Common Status Descriptor:** | | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Jan. 07, 2020 | | |
| **Publication Date:** | May 28, 2019 | **Notice of Allowance Date:** | Jul. 23, 2019 |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | GAME MASTER |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

## Related Properties Information

| | |
|---|---|
| **Child Of:** | 88293286 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Shirts; Jerseys; Sport shirts; T-shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 30, 2019 | **Use in Commerce:** | Jul. 30, 2019 |
| **For:** | Advertising and publicity services; Advertising copywriting; Design of internet advertising; Direct marketing advertising for others; Distribution of advertising material; Internet advertising services; Online advertising via a computer communications network; Production of film and television advertising | | |
| **International Class(es):** | 035 - Primary Class | **U.S Class(es):** | 100, 101, 102 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 30, 2019 | **Use in Commerce:** | Jul. 30, 2019 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | YZ Productions, Inc. |
| **Owner Address:** | 8840 Wilshire Blvd, Suite 111<br>Beverly Hills, CALIFORNIA UNITED STATES 90211 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | CALIFORNIA |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Attorney Name:** | Matthew Swanlund |
| **Attorney Primary Email Address:** | matthew@aestheticlegal.com |
| **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Matthew Swanlund<br>AESTHETIC LEGAL<br>8055 W MANCHESTER AVE, SUITE 310<br>PLAYA DEL REY, CALIFORNIA UNITED STATES 90293 |
| **Phone:** | 310-301-4545 |
| **Correspondent e-mail:** | matthew@aestheticlegal.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 07, 2020 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 30, 2019 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Nov. 29, 2019 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 19, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68123 |
| Nov. 19, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68123 |
| Nov. 15, 2019 | ASSIGNED TO LIE | 68123 |
| Nov. 08, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 21, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Oct. 21, 2019 | NON-FINAL ACTION E-MAILED | |
| Oct. 21, 2019 | SU - NON-FINAL ACTION - WRITTEN | 90288 |
| Sep. 30, 2019 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Sep. 16, 2019 | USE AMENDMENT FILED | 70565 |
| Sep. 30, 2019 | DIVISIONAL PROCESSING COMPLETE | |
| Sep. 16, 2019 | DIVISIONAL REQUEST RECEIVED | |
| Sep. 30, 2019 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Sep. 16, 2019 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Sep. 16, 2019 | TEAS STATEMENT OF USE RECEIVED | |
| Sep. 03, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 03, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jul. 23, 2019 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |

| | | |
|---|---|---|
| May 28, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 28, 2019 | PUBLISHED FOR OPPOSITION | |
| May 08, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 19, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 19, 2019 | ASSIGNED TO EXAMINER | 90288 |
| Mar. 01, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 11, 2019 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION             **Date in Location:** Nov. 29, 2019