United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YZ PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> REDBUBBLE, INC., <br><br> Defendant. | Case No. 20-CV-06615-LHK <br><br> **CASE MANAGEMENT ORDER AND ADR REFERRAL** |

The parties filed a joint case management statement ("JCMS") on December 30, 2020. ECF No. 24. The JCMS jointly proposes a case schedule. Having considered that joint proposal, the Court sets the following case schedule. *Id.* at 9. Moreover, the Court refers the parties to a settlement conference with United States Magistrate Judge Virginia K. DeMarchi to be completed by April 5, 2021. The parties shall file a stipulation of dismissal or joint settlement status report by April 14, 2021.

Lastly, the Court continues the January 6, 2021 case management conference to April 21, 2021. The parties shall include the joint settlement status report in their JCMS due April 14, 2021.

//

| Scheduled Event | Date |
| --- | --- |
| Last Day to Amend the Pleadings/Add Parties | March 14, 2021 |
| Deadline to Complete Settlement Conference with United States Magistrate Judge | April 5, 2021 |
| Deadline to File Stipulation of Dismissal or Joint Case Management Statement with Joint Settlement Status Report | April 14, 2021 |
| Further Case Management Conference | April 21, 2021 at 2:00 p.m. |
| Deadline to Identify Experts on Issues on Which Party Bears Burden | September 10, 2021 |
| Close of Fact Discovery | October 8, 2021 |
| Opening Expert Reports | November 12, 2021 |
| Rebuttal Expert Reports | December 17, 2021 |
| Close of Expert Discovery | January 21, 2022 |
| Last Day to File Dispositive Motions (one per side in the entire case) (oppositions due 4 weeks after filing; replies due 2 weeks after oppositions) | February 11, 2022 |
| Hearing on Dispositive Motions | April 14, 2022 at 1:30 p.m. |
| Final Pretrial Conference | July 14, 2022 at 1:30 p.m. |
| Jury Trial | August 15, 2022 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: January 4, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 20-CV-06615-LHK
CASE MANAGEMENT ORDER