KENNETH B. WILSON  (SBN 130009)
  *ken@coastsidelegal.com*
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

JOSHUA M. MASUR  (SBN 203510)
  *jmasur@zuberlawler.com*
ZUBER LAWLER LLP
2000 Broadway Street, Suite 154
Redwood City, California 94063
Telephone: (213) 596-5600
Facsimile: (213) 596-5621

JEFFREY J. ZUBER  (SBN 220830)
  *jzuber@zuberlawler.com*
ZUBER LAWLER LLP
350 S. Grand Avenue, 32nd Floor
Los Angeles, California 90071
Telephone: (213) 596-5620
Facsimile:  (213) 596-5621

Attorneys for Defendant Redbubble Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| YZ PRODUCTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>REDBUBBLE, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 5:20-cv-6615-LHK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT REDBUBBLE INC. TO RESPOND TO SECOND AMENDED COMPLAINT (L.R. 6-1)**<br><br>Current response date:         August 5, 2021<br>Proposed new response date:  August 12, 2021 |

Pursuant to Local Rule 6-1, Plaintiff YZ Productions, Inc. ("YZ") and Defendant Redbubble Inc. ("Redbubble") stipulate and agree as follows:

Case No. 5:20-cv-6615-LHK
STIPULATION TO EXTEND TIME FOR DEFENDANT REDBUBBLE INC.
TO RESPOND TO SECOND AMENDED COMPLAINT

3377-1002 / 1858709.1

WHEREAS, on June 24, 2021, the Court granted Redbubble's motion to dismiss, but allowed YZ leave to amend (D.I. 41); and

WHEREAS, on July 22, 2021, YZ filed its Second Amended Complaint (D.I. 45);

NOW THEREFORE, the parties hereby stipulate that Redbubble's time to file a response to YZ's Second Amended Complaint should be extended up to and including August 12, 2021.

Dated: August 5, 2021

AESTHETIC LEGAL, A.P.L.C.
MATTHEW SWANLUND

LEJEUNE LAW, P.C.
CODY R. LEJEUNE

By: */s/ Cody R. LeJeune*
    Cody R. LeJeune
    Attorneys for Plaintiff
    YZ Productions, Inc.

Dated: August 5, 2021

COASTSIDE LEGAL
KENNETH B. WILSON

ZUBER LAWLER & DEL DUCA LLP
JOSHUA M. MASUR

By: */s/ Joshua M. Masur*
    Joshua M. Masur
    Attorneys for Defendant
    Redbubble Inc.

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Joshua M. Masur, am the ECF User whose identification and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 5, 2021

*/s/ Joshua M. Masur*
Joshua M. Masur

2   Case No. 5:20-cv-6615-LHK
STIPULATION TO EXTEND TIME FOR DEFENDANT REDBUBBLE INC.
TO RESPOND TO SECOND AMENDED COMPLAINT

3377-1002 / 1858709.1