Matthew Swanlund (SBN 204542)
  matthew@aestheticlegal.com
AESTHETIC LEGAL, A.P.L.C.
8055 W Manchester Ave, Suite 310
Playa del Rey, CA 90293
Telephone: (310) 301-4545

Cody R. LeJeune (SBN 249242)
  cody@lejeunelawfirm.com
LEJEUNE LAW, P.C.
2801 Camino Del Rio South, Suite 200A
San Diego, California 92108
Telephone: (985) 713-4964

Attorneys for Plaintiff YZ PRODUCTIONS, INC.,

KENNETH B. WILSON (SBN 130009)
  ken@coastsidelegal.com
COASTSIDE LEGAL
455 1st Avenue
Half Moon Bay, California 94019
Telephone: (650) 440-4211

Attorneys for Defendant Redbubble, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YZ PRODUCTIONS, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>REDBUBBLE, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No. 5:20-cv-06615-CRB<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff YZ Productions, Inc. and Defendant Redbubble, Inc. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Respectfully submitted,

Dated: February 1, 2022

AESTHETIC LEGAL, A.P.L.C.
MATTHEW SWANLUND

LEJEUNE LAW, P.C.
CODY R. LEJEUNE

By: /s/ Cody R. LeJeune
    Cody R. LeJeune
    Attorneys for Plaintiff
    YZ PRODUCTIONS, INC.

Dated: February 1, 2022

COASTSIDE LEGAL
KENNETH B. WILSON

By: /s/ Kenneth B. Wilson
    Kenneth B. Wilson
    Attorneys for Defendant
    REDBUBBLE INC.

ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

I, Cody R. LeJeune, am the ECF User whose identification and password are being used to file this stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 1, 2022                         */s/ Cody R. LeJeune*
                                                                                                 Cody R. LeJeune